# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA



FILED
10 OCT 22 PM 4: 15
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ___ DEPUTY

UNITED STATES OF AMERICA,

           Plaintiff,

vs.

MAGALI NAVA,

           Defendant.

CASE NO. 10CR2280-WQH

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

_X_  the Court has granted the motion of the Government for dismissal w/o prejudice; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offense(s) of the Indictment: 21:952 AND 960, 21:841(a)(1), 18:2

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: OCTOBER 21, 2010

BERNARD G. SKOMAL
UNITED STATES MAGISTRATE JUDGE